LAW OFFICE OF OLAF W. HEDBERG
901 G St., #673
SACRAMENTO, CA 95814
Phone (916) 447-1192; Fax 1(412) 774-3537

## MEMORANDUM AND ORDER

DATE: April 11, 2011

TO:  Ms. Michelle Krueger, Courtroom Clerk for the Hon. Frank C. Damrell,
     United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Eva Green* 10-CR-0211 FCD

_____

     Pursuant to our communications, and with your permission, the following schedule is requested. I have spoken with Assistant United States Attorney Jared Dolan and Deputy Probation Officer Lynda Moore and we are in agreement with the following changes. The case is currently set for Monday, May 23rd at 10 a.m.

| | |
|---|---|
| **Judgement and Sentencing Date:** | July 11, 2011 @ 10:00 a.m. |
| Reply to Motion for Correction: | July 5, 2011 |
| Motion for Correction: | June 27, 2011 |
| Report Filed With the Court: | June 20, 2011 |
| Counsel's Objections Due: | June 13, 2011 |
| Report Due: | May 31, 2011 |

    IT IS SO ORDERED:

Date: April 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE